Sophia M. Rios (Bar No. 305801)
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 91230
Tel: (619) 489-0300
srios@bm.net

Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
Donnell Much
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
dmuch@bm.net

*Counsel for Proposed Lead Plaintiff Tarun Gupta
and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAN KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>Defendants. | Case No. 2:21-CV-01811-JFW-PVC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>JUDGE:  Hon. John F. Walter |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 |     Sophia M. Rios of Berger Montague PC hereby enters her appearance as |
| 3 | counsel for Proposed Lead Plaintiff Tarun Gupta in this action. Ms. Rios is a |
| 4 | member of the State Bar of California and admitted to practice before this court. |
| 5 | Her contact information is as follows: |
| 6 |     Sophia M. Rios (Bar No. 305801) |
| 7 |     BERGER MONTAGUE PC<br>    12544 High Bluff Drive, Suite 340 |
| 8 |     San Diego, CA 91230<br>    Tel: (619) 489-0300 |
| 9 |     srios@bm.net |
| 10 |     Please include Ms. Rios in the Court's notification of all electronic filings |
| 11 | in this action. |
| 12 | |
| 13 | Date: April 19, 2021          Respectfully submitted, |
| 14 |                                           BERGER MONTAGUE PC |
| 15 | |
| 16 |                                           /s/ *Sophia M. Rios*<br>                                        Sophia M. Rios (Bar No. 305801) |
| 17 |                                         12544 High Bluff Drive, Suite 340 |
| 18 |                                         San Diego, CA 92130<br>                                        Tel: (619) 489-0300 |
| 19 |                                         srios@bm.net |
| 20 |                                         *Counsel for Proposed Lead Plaintiff Tarun Gupta and Proposed Lead Counsel* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |